

*Substitute Senate Bill No. 489*

## Public Act No. 18-60

*AN ACT DESIGNATING VARIOUS DAYS AND WEEKS.*

Be it enacted by the Senate and House of Representatives in General Assembly convened:

Section 1. Subsection (a) of section 10-29a of the 2018 supplement to the general statutes is amended by adding subdivisions (83) to (86), inclusive, as follows (*Effective from passage*):

(NEW) (83) The Governor shall proclaim September eighth of each year to be Cable Technician Recognition Day to honor cable technicians. Suitable exercises may be held in the State Capitol and elsewhere as the Governor designates for the observance of the day.

(NEW) (84) The Governor shall proclaim November twelfth of each year to be Military Spouses' Day to acknowledge the significant contributions, support, and sacrifices of spouses of members of the Armed Forces. Suitable exercises may be held in the State Capitol and elsewhere as the Governor designates for the observance of the day.

(NEW) (85) The Governor shall proclaim November thirtieth of each year to be Sikh Genocide Remembrance Day to remember the lives lost on November 30, 1984, during the Sikh Genocide. Suitable exercises may be held in the State Capitol and elsewhere as the Governor designates for the observance of the day.

### Substitute Senate Bill No. 489

(NEW) (86) The Governor shall proclaim the fourth week in February of each year to be Eating Disorders Awareness Week to heighten public awareness of the associated presentation and available treatments for eating disorders. Suitable exercises may be held in the State Capitol and elsewhere as the Governor designates for the observance of the week.

Approved June 1, 2018