UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SWARANJIT SINGH KHALSA,

        Plaintiff,

    -against-

SANDEEP CHAKRAVORTY,

        Defendant.

18 Civ. 10543 (LAP) (KHP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    On July 17, 2019, United States Magistrate Katherine H. Parker issued a Report and Recommendation [dkt. no. 10] recommending that the Court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b).  The parties were given fourteen days to file objections to the Report and Recommendation; no objections have been filed.

    When no party objects to a Report and Recommendation, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).  The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Parker's Report and Recommendation in its entirety as the opinion of the Court.

1

For the reasons set forth in the Report and Recommendation, this action is dismissed pursuant to Rule 41(b). The Clerk of the Court is directed to mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated: July 7, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.