UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SWARANJIT SINGH KHALSA,
                         Plaintiff,

        -against-

SANDEEP CHAKRAVORTY,
                         Defendant.
-----------------------------------------------------------X

18 CIVIL 10543 (LAP)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 7, 2020, The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, Magistrate Judge Parker's Report and Recommendation is adopted in its entirety as the opinion of the Court. This action is dismissed pursuant to Rule 41(b); accordingly, the case is closed.

**Dated:** New York, New York
           July 8, 2020

                                                RUBY J. KRAJICK
                                                  Clerk of Court
                            BY:
                                                      **Deputy Clerk**